UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON TEPLEY,<br><br>                              Plaintiff,<br><br>               v.<br><br>GRO INTELLIGENCE, INC., et al.,<br><br>                            Defendants. | 23 Civ. 11314 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      An order issued January 3, 2024, scheduled an initial pre-trial conference for March 13, 2024, and directed the parties to file a joint status letter and proposed case management plan by March 6, 2024. *See* Dkt. No. 7. On March 4, 2024, Defendants each appeared and filed a motion to dismiss. *See* Dkt. Nos. 9, 12, 15, 16. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the Complaint once as a matter of course.

      Accordingly, it is hereby **ORDERED** that Plaintiff shall file any amended complaint by **March 25, 2024**. Any amended complaint shall be filed with a redline showing all differences between the original and revised filing.

      If Plaintiff does amend, by **April 5, 2024**, Defendants shall each: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If a Defendant files an answer or a new motion to dismiss, the Court will deny its previously filed motion to dismiss as moot. If a Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, Plaintiff shall file a joint opposition, not to exceed thirty pages, by **April 19, 2024**, and Defendants shall file any reply by **April 26, 2024**.

      If Plaintiff does not file an amended complaint, Plaintiff shall file a joint opposition to the motions to dismiss, not to exceed thirty pages, by **March 25, 2024**. Defendants' replies shall be filed by **April 3, 2024.**

      SO ORDERED.

Dated: March 5, 2024
          New York, New York

                                                                 DALE E. HO
                                                                 United States District Judge