# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel 202.955.8500
gibsondunn.com

Greta B. Williams
Direct: +1 202.887.3745
Fax: +1 202.530.4230
GBWilliams@gibsondunn.com

March 6, 2024

**Application GRANTED.** The parties shall file the required materials by **March 8, 2024.** If Plaintiff's counsel would like an adjournment of the initial pretrial conference in light of the circumstances described, she may file a letter on ECF requesting such adjournment. The parties are apprised that the Court generally does not stay discovery or other pretrial deadlines during the pendency of a motion to dismiss.

*signature*

Dale E. Ho
United States District Judge
Dated: March 6, 2024
New York, New York

VIA CM/ECF

The Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Allison Tepley v. Gro Intelligence, Inc. and Sara Menker, No. 1:23-cv-11314

Dear Judge Ho:

I write on behalf of the parties to request a brief extension of the parties' March 6, 2024 deadline to submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order.

In its January 3 Order, the Court scheduled an initial pretrial conference for March 13, 2024, and directed the parties to confer and submit a joint letter and Proposed Civil Case Management Plan by March 6, 2024. *See* Dkt. 7. Defendants' counsel circulated drafts of these documents on March 4, and the parties were scheduled to have a call to discuss them yesterday. However, Plaintiff's counsel informed Defendants' counsel that she was unable to attend the scheduled call due to an unexpected illness.

To provide sufficient time to confer, the parties respectfully request that the Court extend the March 6 deadline until Friday, March 8. The parties have not previously requested any extension of the filing deadline, and all parties consent to the requested extension. The parties are next scheduled to appear before the Court at the March 13 initial pretrial conference.[1]

---

[1] As detailed in the Court's March 5 Order, Defendants have moved to dismiss the Complaint, and Plaintiff is due to oppose the motions or amend the Complaint by March 25. Dkt. 18. Plaintiff's counsel has indicated that she intends to request a 14-day extension of the March 25 deadline in light of her illness. If the Court would prefer to reschedule the March 13 hearing in light of the pending motions to dismiss, the parties are prepared to appear on an alternate date at the Court's convenience.

GIBSON DUNN

The Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
March 6, 2024
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ Tiffany Ma | /s/ Greta B. Williams |
| Tiffany Ma | Greta B. Williams (*pro hac vice*) |
| YOUNG & MA LLP | GIBSON, DUNN & CRUTCHER LLP |
| 445 Park Avenue, 9th Floor | 1050 Connecticut Ave., NW |
| New York, NY 10022 | Washington, DC 20036 |
| (646) 379-7703 | (202) 530-4230 |
| tma@youngandma.com | gbwilliams@gibsondunn.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Gro Intelligence, Inc.* |

/s/ Ira M. Saxe
Ira M. Saxe
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
(212) 223-4000
isaxe@crowell.com

Trina Fairley Barlow (*pro hac vice application forthcoming*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20036
(202) 624-2830
tbarlow@crowell.com

*Attorneys for Defendant Sara Menker*